### PRESTON *v.* THE STATE.

LITTLE, J.   No complaint being made in the motion that any error of law was committed, and there being sufficient evidence to authorize the verdict which was rendered, the trial judge properly overruled the motion for a new trial.

*Judgment affirmed.   All the Justices concurring.*

Submitted November 19, — Decided December 10, 1901.

Indictment for murder. Before Judge Hart.   Putnam superior court.   October 7, 1901.

*H. A. Jenkins* and *M. F. Adams,* for plaintiff in error.
*H. G. Lewis, solicitor-general,* contra.

---

### TILLY *v.* THE STATE.

FISH, J.   The charges complained of were authorized by the evidence and free from error ; there was no error in refusing to charge as requested ; and the evidence warranted the verdict.

*Judgment affirmed.   All the Justices concurring.*

Submitted November 19, — Decided December 10, 1901.

Indictment for keeping open a tippling-house on the Sabbath day.   Before Judge Nottingham.   City court of Macon.   October 19, 1901.

*John R. Cooper,* for plaintiff in error.
*William Brunson, solicitor-general,* contra.